**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

PAUL MAHAFFEY                                                                                    PLAINTIFF

VERSUS                                                         CIVIL ACTION NO. 1:07cv1070-RHW

PEARL RIVER COUNTY, *et al.*                                                          DEFENDANTS

**FINAL JUDGMENT**

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against Hancock County are DISMISSED with prejudice.

SO ORDERED, this the 29th day of May, 2009.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE