IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

PAUL MAHAFFEY                                              PLAINTIFF

v.                                                          1:07cv1070-RHW

JOHN SAUCIER and
BILLY RAY YOUNG                                             DEFENDANTS

**FINAL JUDGMENT**

This civil action came on for trial before the Court and a jury commencing on the 4th day of November, 2009, the Honorable Robert H. Walker, United States Magistrate Judge presiding. Plaintiff Paul Mahaffey and the Defendants John Saucier and Billy Ray Young announced ready for trial. A jury being duly selected, empaneled and sworn, heard the evidence, arguments of counsel and charge of the Court, and on the 5th day of November, 2009, on their oath did for their verdict find in favor of each Defendant as to Plaintiff's claim as reflected in [134] the jury verdict filed in this case. It is therefore,

ORDERED AND ADJUDGED that this case shall be dismissed with prejudice.

SO ORDERED, this the 5th day of November, 2009.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE